UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA S. DANIELS,

                Plaintiff(s),

                                    **REPORT AND**
                                    **RECOMMENDATION**
     -against-

                                    CV 04-2682 (TCP)(WDW)

ROBERT PAQUETTE, et al.,

                Defendant(s).
-------------------------------------------------------------X

**WILLIAM D. WALL, United States Magistrate Judge:**

      The plaintiff has failed to comply with her discovery obligations, as set forth in the defendants' letter motion [#14], has failed to respond to that motion, and has failed to appear for the pretrial conference. The undersigned thus recommends that the action be dismissed with prejudice pursuant to Federal Rule 41, for failure to prosecute.

**OBJECTIONS**

      A copy of this Report and Recommendation is being sent to counsel for all parties by electronic filing on the date below. Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a courtesy copy to the undersigned within 10 days. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. §636 (b) (1); Fed. R. Civ. P. 72; *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

Dated:  Central Islip, New York
          January 4, 2006

                                                                s/ William D. Wall
                                                                WILLIAM D. WALL
                                                                United States Magistrate Judge