UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMANTHA S. DANIELS,

                Plaintiff,         **ORDER**

         - against -         CV 04-2682 (TCP) (WDW)

ROBERT PAQUETTE, et al.,

                Defendants.
-----------------------------------------------------------X
PLATT, District Judge:

       Before the Court is a Report and Recommendation ("the Report") of U.S. Magistrate Judge William D. Wall dated January 4, 2006 which determined that the above matter should be dismissed pursuant to Federal Rule of Civil Procedure 41 on the grounds that plaintiff has failed to comply with orders of this Court and abandoned this action.

       No objections to the Report having been filed, the Report is **AFFIRMED** and **ADOPTED** as an Order of this Court, and this case is hereby **DISMISSED**.

**SO ORDERED**.

                                     /S/_____
                                     Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
        February 3, 2006